UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ENGINEERING & INSPECTION SERVICES, LLC            CIVIL ACTION

VERSUS                                            NO: 13-801

INTPAR, LLC, et al                                SECTION: A/1

## JUDGMENT

For the written reasons of the Court issued October 9, 2013 and filed herein, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, IntPar, LLC and MPHJ Technology Investments, LLC, and against plaintiff, Engineering & Inspection Services, LLC.

New Orleans, Louisiana, this 10th day of October 2013.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE